## Commonwealth *v.* Altieri and Greeby, Appellants (No. 2).

OPINION BY TREXLER, J., December 15, 1921:

For the reasons set forth in opinion this day filed in Commonwealth of Pennsylvania v. Alexander Altieri and E. D. Greeby, Alexander Altieri, Appellant, No. 179, October Term, 1921, the judgment is reversed with a new venire.